United States District Court
District of Connecticut
FILED AT NEW HAVEN

February 7, 2023

By    S. Santos
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF TARGET PREMISES 1 | Case No. 3:23-mj-93 (MEG) <br><br> **Filed Under Seal** <br><br> February 7, 2023 |

## MOTION TO SEAL

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order sealing the enclosed search warrant application, affidavit, search warrant, and all attachments thereto, and this motion and order to seal, until August 7, 2023. The Government makes this application because the investigation of the criminal activities described in the sealed documents is ongoing. The Affidavit sets forth specific information about an ongoing criminal investigation and the subject of the investigation is still at large. Premature disclosure of the contents of the sealed documents could jeopardize the safety of the individuals with whom the target may interact while evading law enforcement authorities, as well as jeopardize the safety of law enforcement authorities themselves. It may also result in the destruction of evidence and could frustrate this investigation by alerting the target of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date, by limiting the use of the grand jury to develop further admissible evidence, and by limiting the ability to conduct other search warrants.

Accordingly, the requested sealing is warranted because the presumption of access to these investigative documents is outweighed by these countervailing factors in favor of sealing. Moreover, even if a higher standard for sealing applied, the requested sealing of these

documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

          Respectfully submitted,

          VANESSA ROBERTS AVERY
          UNITED STATES ATTORNEY

          */s/ Lauren C. Clark*
          LAUREN C. CLARK
          ASSISTANT U.S. ATTORNEY
          Federal Bar No. phv09365
          1000 Lafayette Boulevard, 10th Floor
          Bridgeport, CT 06604
          Tel: (203) 696-3000
          lauren.clark@usdoj.gov