# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States District Court
District of Connecticut
FILED AT NEW HAVEN

February 7, 20 23

By S. Santos
Deputy Clerk

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 3:23-mj-93 (MEG)
)
TARGET PREMISES 2 )
)
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2 for "Target Premises 2" which is expressly incorporated herein.

located in the _____ District of Connecticut, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-2 for "Target Premises 2" which is expressly incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) | Possession with intent to distribute controlled substances |
| 18 U.S.C. § 1956(a)(1)(B)(i) | Concealment Money Laundering |

The application is based on these facts:
See attached affidavit of DEA Task Force Officer Maria Case, which is expressly incorporated herein.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Maria A Case
Digitally signed by Maria A Case
Date: 2023.02.07 09:54:06 -05'00'

*Applicant's signature*

Task Force Officer Maria Case, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone *(specify reliable electronic means)*.

Date: 02/07/2023

Maria E. Garcia
Digitally signed by Maria E. Garcia
Date: 2023.02.07 16:44:30 -05'00'

*Judge's signature*

City and state: New Haven, Connecticut

Hon. Maria E. Garcia, U.S.M.J.
*Printed name and title*