UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF AN ARREST WARRANT AND CRIMINAL COMPLAINT | Case No. 3:23-mj-93 (MEG)<br><br>**Filed Under Seal** |

## ORDER TO SEAL

Based on the motion of the Government and for good cause shown, it is hereby ORDERED that, in accordance with Rule 57 of the Local Rules of Criminal Procedure, the enclosed search warrant application, affidavit, search warrant, and all attachments thereto, and this motion and order to seal, are SEALED until August 7, 2023. The Court finds that the investigation of the criminal activities described in the sealed documents is ongoing. Premature disclosure of the contents of the sealed documents could result in the destruction of evidence and could frustrate this investigation by alerting the targets of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date, by limiting the use of the grand jury to develop further admissible evidence, and by limiting the ability to conduct other search warrants.

Moreover, the Court finds that the requested sealing is warranted because the presumption of access to these investigative documents is outweighed by these countervailing factors in favor of sealing. Even if a higher standard for sealing applied, the requested sealing of these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

SO ORDERED, this 7 day of February, 2023 at New Haven, Connecticut.

Maria E. Garcia
Digitally signed by Maria E. Garcia
Date: 2023.02.07 16:57:17 -05'00'

HON. MARIA E. GARCIA
UNITED STATES MAGISTRATE JUDGE