# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:23-MJ-00093-MEG | 02/14/2023 @ 0600 | ANIXALIE RIVERA |

Inventory made in the presence of:
TFO KEVIN ZAINC, SA CARLOS PENAGOS, ANIXALIE RIVERA

Inventory of the property taken and name(s) of any person(s) seized:

1. UNDETERMINED AMOUNT OF U.S. CURRENCY
2. A GOLD IN COLOR ROLEX WATCH WITH DIAMONDS
3. A GOLD IN COLOR ROLEX WATCH WITH WHITE FACE
4. A RED APPLE iPHONE
5. A ORANGE APPLE iPHONE WITH CELLULAR TELEPHONE # 203-886-9372
6. NUMEROUS FINANCIAL DOCUMENTS AND BANK RECEIPTS
7. RED FORD F-150 PICK UP TRUCK
8. BLUE TOYOTA SIENNA MINI-VAN

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/16/2023

_Executing officer's signature_

SA DUSTIN JOHNSON
_Printed name and title_