AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 3:23-MJ-00093-MEG | Date and time warrant executed: 02/14/2023 @ 0643 | Copy of warrant and inventory left with: WARRANT LEFT ON SITE |
|---|---|---|

Inventory made in the presence of: TFO KYLE SAVO

Inventory of the property taken and name(s) of any person(s) seized:

1. ONE ZIP-LOCK STYLE BAG CONTAINING WHITE CHUNK LIKE SUBSTANCES OF SUSPECTED COCAINE.
2. ONE SILVER HP LAPTOP WITH S/N 5CD1105040 AND CHARGING CABLE
3. NUMEROUS FINANCIAL DOCUMENTS.
4. ONE BLACK AND RED JEEP WRANGLER.
5. ONE BLACK JEEP GRAND CHEROKEE.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/16/23

TFO [signature]
Executing officer's signature

TFO Kyle Savo
Printed name and title